# **EXHIBIT A**

I, Cierra Serrano, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am the named Plaintiff in the above-captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code section 1750 et seq.

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. Defendant 7 Cups of Tea, Co. conducts substantial business, including the acts and practices at issue in this action, within the city of Palo Alto. Defendant also has a principal place of business at 828 Bryant Street, Suite B, Palo Alto, CA 94301.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed at Glendale, CA.

Dated: 25/08/2023

Signed: _____
Cierra Serrano (Aug 25, 2023 13:50 PDT)
Cierra Serrano, Plaintiff

VENUE AFFIDAVIT