| | |
|---|---|
| **LAW OFFICES OF RONALD A. MARRON** <br> RONALD A. MARRON (SBN 175650) <br> *ron@consumersadvocates.com* <br> KAS L. GALLUCCI (288709) <br> *kas@consumersadvocates.com* <br> ALEXIS M. WOOD (SBN 270200) <br> *alexis@consumersadvocates.com* <br> 651 Arroyo Drive <br> San Diego, CA  92103 <br> Tel: (619) 696-9006 <br> Fax: (619) 564-6665 <br><br> **Counsel for Plaintiff and the Proposed Class** | **GREENBERG TRAURIG, LLP** <br> Rebekah S. Guyon (SBN 291037) <br> *GuyonR@gtlaw.com* <br> Adam M. Korn (SBN 333270) <br> *Adam.Korn@gtlaw.com* <br> 1840 Century Park East, Suite 1900 <br> Los Angeles, California 90067 <br> Telephone: 310-586-7700 <br><br> **Attorneys for Defendant 7 Cups of Tea, Co.** |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYLYN GARLAND and CIERRA SERRANO individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> 7 CUPS OF TEA, CO. a Delaware corporation; <br><br> *Defendant*. | Case No: 5:23-cv-04492-PCP <br><br> **JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO VOLUNTARILY DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Caylyn Garland and Cierra Serrano ("Plaintiffs") and Defendant 7 Cups of Tea, Co. ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiffs' individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear her or its own attorneys' fees, expenses, and costs.

Dated: October 7, 2024

**LAW OFFICE OF RONALD A. MARRON**

*/s/ Ronald A. Marron*
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiff and Proposed Class*

Dated: October 7, 2024

**GREENBERG TRAURIG, LLP**
*/s/  Adam M. Korn*
Rebekah S. Guyon (SBN 291037)
Adam M. Korn (SBN 333270)
GuyonR@gtlaw.com
Adam.Korn@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

*Counsel for Defendant 7 Cups of Tea, Co.*

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

/s/ Ronald A. Marron
Ronald A. Marron

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 8, 2024

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE